**William H. DINGUS, et al., Defendants,**

**Kameron Dingus, a Minor, By and Through His Mother and Next Friend, Justine T. Dingus, Appellant,**

v.

**Ronald L. DINGUS, et al., Respondents.**

**No. WD 48410.**

Missouri Court of Appeals,
Western District.

Dec. 28, 1993.

John H. Norton, Norton & Norton, Kansas City, for appellant.

John B. Reddoch, Scott J. Sullivan, Kuhlman & Reddoch, Liberty, for respondents.

Before TURNAGE, P.J., and HANNA and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from summary judgment entered in an action for personal injuries.

Judgment affirmed. Rule 84.16(b).